UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

JAY ALAN MYERS,

    Plaintiff,

v.                          Case No. 8:09-cv-1080-T-17TBM

BRAD W. STEUBE, et al.,

    Defendants.

## O R D E R

Plaintiff, an inmate at the Manatee County Jail, Bradenton, Florida, who is proceeding in forma pauperis and pro se, initiated this action by filing a 42 U.S.C. § 1983 civil rights complaint on June 10, 2009. The Court has undertaken a preliminary screening of Plaintiff's complaint in accord with 28 U.S.C. § 1915A. After doing so, the Court finds that the complaint must be dismissed under the Prison Litigation Reform Act because Plaintiff has on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted.

## Discussion

On April 26, 1996, the President signed into law the Prison Litigation Reform Act which amended 28 U.S.C. § 1915 by adding the following new subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a

claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Section 1915(g) requires this Court to consider prisoner actions dismissed before, as well as after, the enactment of the PLRA. *Green v. Nottingham*, 90 F.3d 415, 420 (10th Cir. 1996). This Court takes judicial notice of the following cases that were dismissed for failure to state a claim: *Myers v. John C. Davenport*, 2:05-cv-272-FtM-33DNF; *Myers v. Kaufman, et al.,* 2:06-cv-234-FtM-29SPC; and *Myers v. Manatee County Sheriff's Dept.*, 09-cv-380-T-17MAP.

Because Plaintiff Myers had three or more prior dismissals, and he does not allege that he is under imminent danger of serious physical injury, his application to proceed in forma pauperis will be denied and his complaint will be dismissed without prejudice.

Accordingly, the Court orders:

1. That Plaintiff's complaint is dismissed, without prejudice to his filing a new civil rights complaint form, in a new case, with a new case number, and paying the full $350.00 filing fee.

The Clerk is directed to terminate all pending motions, to enter judgment against Myers, and to close this case.

ORDERED at Tampa, Florida, on June 15, 2009.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Jay Alan Myers